Opinion by Willson, J.

## CHILDRES v. THE STATE.

Appeal from Travis county.

*Indictment—Variance.*—The indictment being for swindling, and it being alleged therein that the money obtained was "currency

bills"—this discription is material and the proof not showing that the money obtained was in currency bills the variance is fatal. Reversed and remanded.

Opinion by Willson, J.